UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20211-CR-JORDAN

MAGISTRATE JUDGE
BROWN

IN RE SEALED INDICMENT.

_____/

**ORDER**

FILED by _____ D.C.
MAG. SEC.

APR - 8 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

The United States of America, having applied to this Court for an Order sealing the indictment, arrest warrant, and this order and the Court finding good cause:

IT IS HEREBY ORDERED that the indictment, arrest warrant, and this order shall be filed under seal until further order of this Court. A representative of the United States Attorney's Office shall have the right to receive a copy of the indictment and arrest warrants, even while they remain sealed.

DONE AND ORDERED in chambers at Miami, Florida, this 8th day of April, 2004.

_____
UNITED STATES MAGISTRATE JUDGE