AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

V.

CHARLES WILLIAMS,
a/k/a " Rocha Nefwani," et al.

## WARRANT FOR ARREST

CASE NUMBER:

CR-JORDAN

MAGISTRATE JU?
BROWN

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __WILLIAM WALKER, a/k/a "Per O. Loyning"__
Name

and bring him forthwith to the nearest magistrate to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

FILED by _____ D.C.
MAG. SEC.
APR - 8 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

charging him with (brief description of offense)

Conspiracy to commit wire fraud and prescription drug diversion; wire fraud; prescription drug diversion; money laundering conspiracy; money laundering

in violation of Title __18; 21__ United States Code, Sections __371, 1343,1956(h),1956(a)(1)(B)(i); 353(c)(3)(A)(i) and (ii)(II), 331(t); 333(a)(2)__

Clarence Maddox                          Court Administrator, Clerk of Court
Name of Issuing officer                  Title of Issuing Officer

_C. Laurinston_                          Miami, Florida, 04/08/04
Signature of Issuing Officer             Date and Location

Bail fixed at $ _____ by _____
                                Name of Judicial officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: WILLIAM WALKER

Alias: Per O. Loyning

LAST KNOWN RESIDENCE: 2901 S. Bayshore Drive, Apt. 6A, Miami, Florida 33133

LAST KNOWN EMPLOYMENT: Wholesaler

PLACE OF BIRTH: Norway

DATE OF BIRTH: 05/01/1946

SOCIAL SECURITY NUMBER: 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

HEIGHT: 5'10"                           WEIGHT: 175 lbs.

SEX: Male                               RACE: White

HAIR: White                             EYES: Blue

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: 

FBI NUMBER: 

COMPLETE DESCRIPTION OF AUTO: 

INVESTIGATIVE AGENCY AND ADDRESS: FDA, 865 SW 78 Ave., Suite 201, Plantation, Florida 33324.

BOND RECOMMENDATION

DEFENDANT____WILLIAM WALKER a/k/a "Per O. Loyning"____

$____PTD_____(Surety, Recognizance, Corp.Surety, Cash)
                        (Jail) (On Bond) (Warrant) (Summons)
                        (Marshal's Custody)

*[signature]*

RICK DEL TORO
ASSISTANT UNITED STATES ATTORNEY

Last Known Address_____

_____

What Facility_____

Agent____FDA SA SCOTT MALLON_____
        (FBI) (SECRET SERVICE) (DEA) (CUSTOMS) (ATF)

AO (Rev. 3/89)
Bond Recommendation