UNITED STATES DISTRICT COURT
Southern District of Florida

APR 27 2004
CLARE...
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

U.S. Marshal #_____

UNITED STATES OF AMERICA )
　　Per Loyning　Plaintiff )   Case Number: CR 04-20211-Jordan
　　　　-vs-　　　　　　　　 )   REPORT COMMENCING CRIMINAL
~~Charles Williams~~　　　　 )   　　　　　　ACTION
aka "Rocha Nefwani" et. al  )
　　　　　　　　Defendant　　)   28747-004

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

TO: Clerk's Office　　(MIAMI)　　FT. LAUDERDALE　　W. PALM BEACH
　　U.S. District Court　　(circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
　　　 MAGISTRATES COURT ABOVE

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1)　Date and Time of Arrest: April 22, 2004  2:15 ~~am~~ (pm)

(2)　Language Spoken: English

(3)　Offense(s) Charged: 18 USC 371, 1343, 1956(h), 1956(a)(1)(B)(i)
　　　　　21 USC 353(c)(3)(A)(i) and (ii)(II), 331(t), 333(a)(2)

(4)　U.S. Citizen　[ ] Yes　[X] No　[ ] Unknown

(5)　Date of Birth: 5/1/46

(6)　Type of Charging Document: (check one)
　　　[X] Indictment　[ ] Complaint　To be filed/(Already filed)
　　　Case# C4-20211-CR-Jordan

　　　[ ] Bench Warrant for Failure to Appear
　　　[ ] Probation Violation Warrant
　　　[ ] Parole Violation Warrant

　　　Originating District: Southern District of Florida

　　　COPY OF WARRANT LEFT WITH BOOKING OFFICER　[X] YES　[ ] NO

Amount of Bond: $ N/A
Who Set Bond: N/A

(7) Remarks:

(8) Date 4/22/04　　(9) Arresting Officer: Scott Mallon
(10) Agency: FDA Office of Criminal Inv　(11) Phone: 954-476-5400
(12) Comments N/A

9/MH

5:30 PM

DATE: 4/22/04

MAGISTRATE: Palermo

AUSA: Rick Del Toro

OFFENSE: Indictment with Conspiracy wire fraud - pharm drug diversion & money laundering

DEFENDANT: William Walker A/K/A Per Koyning

CIRCUMSTANCES: Foreign Nat'l
illegal in US.
facing deportation

BOND RECOMMENDED: PTD

BOND SET: _____

DEFENDANT _____

CIRCUMSTANCES _____

BOND RECOMMENDED: _____

BOND SET: _____

DEFENDANT _____

CIRCUMSTANCES _____

BOND RECOMMENDED: _____

BOND SET: