UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NUMBER |
| PLAINTIFF, | 04-20211-CR-JORDAN |
| VS. | |
| **WILLIAM WALKER A/K/A** | THIS VOLUME: |
| **PER O. LOYNING,** | PAGES 1 - 8 |
| DEFENDANT. | |

(TRANSCRIPT BY TAPE)

TRANSCRIPT OF INITIAL APPEARANCE HAD BEFORE THE HONORABLE PETER R. PALERMO, IN MIAMI, MIAMI-DADE COUNTY, FLORIDA, ON APRIL 23, 2004, IN THE ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE GOVERNMENT:   RICARDO A. DEL TORO, A.U.S.A.

FOR THE DEFENDANT:    JAY LEVINE, ESQ.

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

# NOT

# SCANNED

## PLEASE REFER TO COURT FILE