UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | . Case No. 04-20211-CR-Jordan |
| Plaintiff, | . Miami, Florida |
| | . July 23, 2004 |
| v. | . 11:46 a.m. |
| WILLIAM WALKER, | |
| Defendant. | |

FILED by _____ D.C.
APPEALS
NOV 30 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Transcript of Plea Colloquy had
before the Honorable Adalberto Jordan,
United States District Judge.

APPEARANCES:

For the Government:  Michael W. Wright
                     Assistant U.S. Attorney
                     99 N.E. 4th Street
                     Miami, Florida  33132

For the Defendant:   Jay L. Levine, Esq.
                     Levine & Finger
                     3191 Coral Way
                     Miami, Florida  33145

Court Reporter:      Francine C. Salopek, RMR, CRR
                     Official Court Reporter
                     United States District Court
                     301 North Miami Avenue, Room 804
                     Miami, Florida  33128-7709
                     (305)523-5568

Proceedings recorded by mechanical stenography, transcript produced by computer.