# United States District Court
## Southern District of Florida

CASE NUMBER: CR: 04-20211-CR-JORDAN

UNITED STATES OF AMERICA
Plaintiff

VS.

Loyning, Per Oddmund AKA (William Walker)
Defendant

REPORT COMMENCING CRIMINAL ACTION

USMS NUMBER: 28747-004

TO: CLERK'S OFFICE
U.S. DISTRICT COURT

(CIRCLE ONE): **MIAMI**   FT. LAUDERDALE   W. PALM BEACH

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE

---

COMPLETE ALL ITEMS. INFORMATION THAT IS NOT APPLICABLE, MARK N/A

(1) DATE AND TIME OF ARREST: 02/19   A.M. ___ P.M. ___

(2) LANGUAGE SPOKEN: English

(3) OFFENSE CHARGED: Sup rel violation

(4) DATE OF BIRTH: 05/01/1946

(5) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
{ } INDICTMENT   { } COMPLAINT TO BE FILED/ALREADY FILED
{ } BENCH WARRANT FOR FAILURE TO APPEAR
{ } PROBATION VIOLATION WARRANT
{ } PAROLE VIOLATION WARRANT
ORIGINAL DISTRICT: SOFL

(6) REMARKS: ___

(7) DATE: ___   (8) ARRESTING OFFICER: USMS

(9) AGENCY: ___   (10) PHONE: 786 433 6680

(11) COMMENTS: ___